IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRUCE A. ESTES, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 7:15-cv-00154 |
| | ) Civil Action No. 7:15-cv-00155 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| HAROLD CLARKE, *et al.*, | ) United States District Judge |
| Defendants. | ) |

**DISMISSAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that the claims of Lawrence E. Combs in these actions are hereby DISMISSED without prejudice due to Combs' failure to comply with the court's orders entered April 7, 2015. The Clerk is directed to terminate Combs as a plaintiff. The claims of the other plaintiffs remain in both cases.

The Clerk is directed to send a copy of this Order and the accompanying memorandum opinion to all parties of record.

Entered: April 27, 2015.

*Elizabeth K. Dillon*
United States District Judge