IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

BRUCE A. ESTES,

    Plaintiff,

v.                                          CIVIL ACTION NO. 7:15-cv-00154

HAROLD CLARKE, et al.,

    Defendants.

## AFFIDAVIT

State of Virginia, County of Grayson, to-wit:

    BENJAMIN A. WRIGHT, first being duly sworn, states as follows:

    1.    I am the Warden at River North Correctional Center (RNCC).

    2.    The information in this affidavit is based on personal knowledge and records maintained in the regular and ordinary course of business.

    3.    I have been informed of this lawsuit filed by Offender Bruce Estes (#1185224) and his allegation that the Common Fare (CF) menu offered at RNCC is not Kosher. Estes complains that he is being forced to eat non-Kosher foods thereby hindering his ability to practice his faith.

4.   The CF diet is intended to meet the religious dietary needs of offenders who require a Kosher, Halal or non-pork diet. The CF menu is offered at selected facilities designated by the Virginia Department of Corrections (VDOC) Chief of Corrections Operations. RNCC offers the CF diet in accordance with guidelines set forth in the VDOC Food Service Manual.

5.   Offenders who wish to receive a CF diet are reviewed to determine whether or not they hold a sincere religious belief that requires a CF diet rather than food served on the master menu. Offenders sign a participation agreement prior to beginning the CF diet, agreeing to the rules of participation. A review of our records indicates that offender Estes is currently receiving CF.

6.   Offender Estes may also purchase and consume any food items from the commissary that are not clearly marked as containing pork or pork derivatives or containing a combination of meat and dairy ingredients. Kosher food items are marked as such. Attached as Enclosure A is a list of items offered for sale in the institution's commissary.

7.   An offender's decision to not participate in CF does not preclude his participation in weekly religious services and access to religious materials and property. They are allowed to participate in

2

Passover and the Seder service. Appropriate food substitutions are made to both the CF and Master menus during Passover.

BENJAMIN A. WRIGHT

_____
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the State of Virginia, County of Grayson, this 25th day of June 2015.

_____
Notary Public

My commission expires: 7-31-16

3

RIVER NORTH CORRECTIONAL CENTER
JUNE 2015

COMMISSARY RESERVES THE RIGHT TO MAKE CHANGES TO THIS MENU AS NEEDED.

ONCE A RECEIPT IS SIGNED, YOU ARE VERIFYING YOUR ORDER WAS CORRECT.

|  | DESCRIPTION | ITEM # | PRICE | LIMIT |  | DESCRIPTION | ITEM # | PRICE | LIMIT |
|---|---|---|---|---|---|---|---|---|---|
| KH | CHOCOLATE CHIP 6OZ | 3035 | $0.83 | 14 | KH | SWISS MISS HOT COCOA | 2198 | $2.24 | 4 |
| H | ICED OATMEAL 6OZ | 3040 | $0.83 | TOTAL | K | PARAMOUNT DAIRY DRY MILK | 2099 | $4.12 | 2 |
| K | DUPLEX CRÈME 6OZ | 3045 | $0.83 |  | KH | PARAMOUNT NON-DAIRY CREAMER 8OZ | 2021 | $1.92 | 2 |
| K | PEANUT BUTTER CRÈME 6OZ | 3004 | $0.83 |  |  |  |  |  |  |
| K | ORANGE PINEAPPLE CRÈME 6OZ | 3031 | $0.83 |  | KH | KEEFE 3OZ FREEZE DRIED DECAF COFFEE (GREEN BAG) | 2011 | $3.04 | TOTAL |
|  |  |  |  |  | KH | KEEFE 3OZ COLUMBIAN BLEND COFFEE (BLUE BAG) | 2283 | $3.04 | 9 |
| K | OATMEAL CAKE BOX OF 12 | 3330 | $3.49 | 6 | KH | KEEFE 3OZ ALTURO COLUMBIAN BLEND COFFEE (ORANGE BAG) | 2282 | $2.89 |  |
| K | MEGA HONEYBUN | 3261 | $0.69 | 10 | KH | KEEFE 3OZ 100% COLUMBIA BLEND COFFEE (YELLOW BAG) | 2015 | $3.51 |  |
| K | CRUMB COFFEE CAKE | 3260 | $0.67 | 12 | KH | KEEFE 4OZ INSTANT COFFEE (MAROON BAG) | 2010 | $2.82 |  |
| K | STRAWBERRY CEREAL BAR | 6540 | $0.45 | 12 | K | KEEFE TEA 100CT. BOX | 2029 | $4.02 | 2 |
| K | ICED CINNAMON ROLL | 3248 | $0.83 | 6 |  |  |  |  |  |
| K | BOX SWISS ROLLS | 3331 | $3.49 | 6 | KH | SWEET FUSION TEA WITH LEMON | 2188 | $0.48 | 10 |
| K | ZIPPY(BOX)PEANUT BUTTER WAFER | 3333 | $3.49 | 6 | KH | SWEET FUSION LEMONADE | 2189 | $0.48 | 10 |
| K | CREAM CHEESE COFFEE CAKE | 3192 | $0.89 | 12 | KH | SWEET FUSION STRAWBERRY/WATERMELON | 2190 | $0.48 | 10 |
| K | BLUEBERRY CEREAL BAR | 3323 | $0.45 | 12 | KH | SWEET FUSION ORANGE/PEACH | 2191 | $0.48 | 10 |
|  |  |  |  |  |  |  |  |  |  |
| K | HERSHEY MINI ASSORTED | 4081 | $2.49 | 6 |  | MOUNTAIN DEW-12OZ CAN | 2382 | $0.43 | TOTAL |
| K | HERSHEY KISSES PLAIN | 4225 | $2.49 | 6 |  | PEPSI-12 OZ CAN | 2374 | $0.43 | 24 |
| K | HERSHEY KISSES W/ALMOND | 4224 | $2.49 | 6 |  | DIET PEPSI - 12OZ CAN | 2375 | $0.43 |  |
| K | SNICKERS MINI BAG | 4080 | $2.49 | 6 |  | DR. PEPPER-12OZ CAN | 2378 | $0.43 |  |
| K | M&M PLAIN PEG BAG | 4047 | $2.49 | 6 |  |  |  |  |  |
| K | M&M PEANUT PEG BAG | 4046 | $2.49 | 6 |  | CHEDDAR CHEESE CUP OF SOUP | 6042 | $0.76 | TOTAL |
| K | REESES MINI PEG BAG | 4221 | $2.49 | 6 |  | ROAST BEEF CUP OF SOUP | 6029 | $0.76 | 24 |
|  | STARBURST PEG BAG | 4163 | $2.49 | 6 |  |  |  |  |  |
|  | ATOMIC FIRE BALLS | 4146 | $0.73 | 6 |  | MARUCHAN RAMEN TEXAS BEEF | 6018 | $0.31 | TOTAL |
|  | SOUR BALLS | 4150 | $0.73 | 6 |  | MARUCHAN RAMEN HOT CHILI | 6026 | $0.31 | 50 |
|  | ALL STARS | 4152 | $0.81 | 6 |  | MARUCHAN RAMEN CAJUN | 6013 | $0.31 |  |
|  | SF WILD FRUIT 1.75oz | 4155 | $0.62 | 6 |  | MARUCHAN RAMEN CHICKEN | 6046 | $0.31 |  |
|  | VANILLA CARAMELS 3OZ | 4156 | $0.81 | 6 |  |  |  |  |  |
| K | CHICK-O-STICK .070 OZ | 4019 | $0.26 | 20 | KH | VELVEETA CHEESY REFRIED BEANS | 2668 | $1.17 | 6 |
|  |  |  |  |  | KH | VELVEETA MACARONI CHEESE | 2664 | $1.17 | 6 |
| K | GV SNACK CRACKER 16 OZ (LIKE RITZ) | 3114 | $2.95 | 2 | KH | VELVEETA SPICY RICE 2OZ | 2667 | $0.60 | 6 |
| KH | GV SALTINE CRACKERS 16OZ | 3107 | $1.66 | 2 | KH | VELVEETA CHEESY RICE 2OZ | 2666 | $0.60 | 6 |
| K | PEANUT BUTTER ON CHEESE CRACKER | 3223 | $0.35 | 12 | KH | PRE-COOKED BROWN RICE 6.5OZ | 6051 | $1.14 | 6 |
| K | CHEESE ON CHEESE CRACKER | 3219 | $0.35 | 12 | KH | PRE-COOKED WHITE RICE 7OZ | 6050 | $1.26 | 6 |
|  |  |  |  |  | KH | SEVILLA REFRIED BEANS AND RICE | 6710 | $0.92 | 6 |
| KH | WHOLE SHABANG CHIP 1.5oz | 6079 | $0.38 | TOTAL | KH | SEVILLA REFRIED BEANS 8OZ | 6047 | $1.71 | 6 |
| KH | BBQ CHIPS 1.5OZ | 6105 | $0.38 | 40 |  |  |  |  |  |
| KH | SOUR CREAM ONION CHIP 1.5OZ | 6126 | $0.38 |  |  | CHILI WITH BEANS POUCH | 6173 | $1.57 | 6 |
| KH | PLAIN CHIPS 1.5OZ | 6100 | $0.38 | 20 |  | HOT CHILI WITH BEANS POUCH | 6174 | $1.57 | 6 |
| KH | HOT HOT HOT BBQ CHIPS 1.5OZ | 6125 | $0.38 | ONE |  | JL BEEF AND CHEESE 1.2 OZ | 2616 | $1.14 | 8 |
|  | BUFFALO WING AND BLUE CHEESE CHIPS 1.5 | 6153 | $0.38 | TYPE |  | JL BEEF SUMMER SAUSAGE | 3585 | $1.90 | 8 |
|  |  |  |  |  |  | JL HOT BEEF SUMMER SAUSAGE | 3584 | $1.90 | 8 |
|  | WHITE CHEDDAR POPCORN 5OZ | 6083 | $1.40 | TOTAL |  | BRIDGEFORD PEPPERONI 3.5oz | 3559 | $2.34 | 2 |
|  | FL COOL RANCH DORITOS 8 OZ | 2740 | $2.23 | 6 |  | HORMEL SPAM | 6757 | $1.53 | 6 |
| KH | CA TORTILLA CHIP 12 OZ | 6119 | $2.13 |  | KH | MACKEREL IN BRINE 3.53 OZ | 6074 | $1.21 | 6 |
| KH | CA BBQ CORN CHIP 12 OZ | 6166 | $2.13 |  | KH | FC SARDINES IN HOT TOMATO SAUCE | 6181 | $1.24 | 6 |
| KH | CA CHEESE CRUNCHY 11OZ | 6117 | $2.13 |  | KH | CHUNK LIGHT TUNA 4.23OZ | 6826 | $1.74 | 6 |
|  | WHOLE ENCHILADA PARTY MIX | 6349 | $2.13 |  |  | BC DICED CHICKEN BREAST | 6195 | $3.42 | 6 |
| KH | BAKED 10 OZ CHEESE PUFF | 6692 | $2.13 |  |  | BC LASAGNA WITH BEEF 11.25OZ | 6196 | $1.89 | 6 |
|  |  |  |  |  |  | BC BLACK BEANS 10OZ | 2630 | $1.82 | 6 |
| K | NATURAL MICROWAVE POPCORN | 6200 | $0.54 | 10 |  |  |  |  |  |
| K | EXTRA BUTTER MICROWAVE POPCORN | 6201 | $0.54 | 10 | KH | CA FLOUR TORTILLAS | 6600 | $1.40 | 6 |
|  |  |  |  |  | K | MRS. DASH SEASONING | 6274 | $3.45 | 1 |
| K | MAPLE BROWN SUGAR OATMEAL | 6535 | $2.55 | 2 |  | CHOPPED ONION FLAKES | 6632 | $2.13 | 1 |
| K | REGULAR OATMEAL | 6504 | $2.55 | 2 | K | GARLIC POWDER | 6272 | $2.49 | 1 |
| K | CINNAMON RAISIN BAGEL | 6612 | $0.62 | 10 |  |  |  |  |  |
| K | PLAIN BAGEL | 6610 | $0.62 | 10 | K | HOT PICKLE | 6500 | $0.70 | 7 |
|  | STRAWBERRY POPTARTS | 3197 | $3.88 | 1 | K | MILD DILL PICKLE | 6501 | $0.70 | 7 |
|  | BROWN SUGAR POPTARTS | 3195 | $3.88 | 1 | K | KOSHER PICKLE | 6502 | $0.70 | 7 |
|  |  |  |  |  |  |  |  |  |  |
| K | SALTED PEANUTS 1.75OZ | 6606 | $0.62 | 20 |  | VELVEETA CHEDDAR SPREAD 8 OZ | 6442 | $2.27 | 6 |
| K | HOT PEANUTS 1.75OZ | 6607 | $0.62 | 20 |  | PAINTED COW CREAM CHEESE 2 oz | 3203 | $1.06 | 8 |
| K | HEALTH MIX | 6213 | $1.26 | 15 |  | VELVEETA CHEDDAR SQUEEZE | 3536 | $0.83 | 10 |
|  |  |  |  |  |  | VELVEETA JALAPENO SQUEEZE | 3535 | $0.83 | 10 |
| KH | PEANUT BUTTER SQUEEZE PKTS | 6415 | $0.44 | 20 |  | VELVEETA WITH JALAPENO SPREAD 8oz | 6444 | $2.27 | 6 |
| K | PEANUT BUTTER JAR | 6402 | $2.85 | 2 |  | SHARP CHEESE BAR 4OZ | 6422 | $1.77 | 6 |
| KH | MAYONNAISE 12PK | 6262 | $0.78 | 2 |  | HOT PEPPER CHEESE BAR 4OZ | 6449 | $1.77 | 6 |
|  | HOT SAUCE 12PK | 6268 | $0.78 | 2 |  | MOZZARELLA CHEESE BAR 4OZ | 6459 | $1.77 | 6 |
| K | KRAFT RANCH DRESSING 1.5OZ | 6421 | $0.54 | 10 |  |  |  |  |  |
|  | CA PIZZA SAUCE 15.5OZ | 6306 | $2.27 | 2 | K | SWEETMATE BLUE 100 CT | 2218 | $1.71 | 1 |
|  |  |  |  |  | K | SWEETMATE PINK 100 CT | 2216 | $2.68 | 1 |



RIVER NORTH CORRECTIONAL CENTER
JUNE 2015

COMMISSARY RESERVES THE RIGHT TO MAKE CHANGES TO THIS MENU AS NEEDED.

ONCE A RECEIPT IS SIGNED, YOU ARE VERIFYING YOUR ORDER WAS CORRECT.

| | DESCRIPTION | ITEM# | PRICE | LIMIT | | DESCRIPTION | ITEM # | PRICE | LIMIT |
|---|---|---|---|---|---|---|---|---|---|
| | ACETAMINOPHEN-325MG | 0614 | $0.30 | 12 | POSTAGE | STAMPS BOOK OF TEN .49 | 1050 | $4.90 | 5 |
| | ASPIRIN 325MG | 0611 | $0.30 | 12 | | .49 EACH STAMP | 1049 | $0.49 | 50 |
| | IBUPROFEN 200 MG | 0583 | $0.30 | 12 | | .03 STAMP SINGLE | 1051 | $0.03 | 20 |
| | TUMS-3ROLL | 0640 | $3.06 | 2 | | .02 STAMP SINGLE | 4569 | $0.02 | 20 |
| | GENERIC CLARITIN 10PK | 3674 | $2.73 | 1 | | .01 STAMP SINGLE | 1004 | $0.01 | 20 |
| | GENERIC ZANTEC 30CT | 0673 | $5.06 | 1 | | PRE-STAMPED POSTCARD | 1048 | $0.39 | 5 |
| | BEANO GAS RELIEF 30CT | 0617 | $6.94 | 1 | | | | | |
| | KONSYL-D FIBER | 0656 | $5.14 | 1 | | 3 RING BINDER | 4887 | $3.37 | 2 |
| | ANTACID CALCIUM TABLETS 150CT | 0618 | $4.20 | 1 | | RULED NOTEBOOK PAPER | 1063 | $1.94 | 1 |
| | FISH OIL TABLETS 100CT | 3695 | $10.41 | 1 | | WIRELESS NOTEBOOK | 1046 | $1.37 | 2 |
| | MULTIVITAMIN W/O IRON 90CT | 0680 | $3.37 | 1 | | WHITE RULED PAPER 50CT | 1060 | $0.83 | 1 |
| | ULTREX VITAMIN (NO PORK) 100ct | 0737 | $6.07 | 1 | | BLANK WRITING/DRAWING PAD | 1070 | $0.67 | 1 |
| | | | | | | SKETCH TABLET | 0867 | $8.13 | 1 |
| | SF COUGH DROPS 25CT | 3679 | $2.09 | 3 | | TYPING PAPER 200CT | 1065 | $3.38 | 2 |
| | NON ALCOHOLIC COUGH SYRUP | 0606 | $2.20 | 1 | | ENVELOPES 50CT | 1013 | $1.23 | 2 |
| | NASAL SPRAY | 0669 | $2.16 | 1 | | MANILLA ENVELOPE | 1015 | $0.15 | |
| | | | | | | MANILLA FILE FOLDER | 1073 | $0.16 | |
| | CHAP-ET LIP BALM | 0273 | $1.21 | 1 | | CARBON PAPER | 1066 | $1.15 | 2 |
| | | | | | | #2 PENCIL | 1077 | $0.09 | 3 |
| | HYDROCORTISONE CREAM | 0250 | $1.49 | 1 | | COLOR PENCIL | 1080 | $2.19 | 3 |
| | ANTIFUNGAL CREAM | 0251 | $1.62 | 1 | | BEVELED PINK ERASER | 1085 | $0.55 | 6 |
| | ACNE TREATMENT CREAM | 0242 | $2.15 | 1 | | FLEXIBLE RULER | 0971 | $1.62 | 1 |
| | A&D OINTMENT | 0245 | $5.16 | 1 | TOTAL 4 PENS | BIC BLACK PEN | 1089 | $0.31 | 4 |
| | GENERIC ORAL GEL | 0598 | $1.74 | 1 | | BIC BLUE PEN | 1090 | $0.31 | 4 |
| | SPF30 SUNBLOCK | 0280 | $3.53 | 1 | | | | | |
| | MULTIPURPOSE SOLUTION | 0742 | $6.71 | 1 | | CHILD BIRTHDAY CARD | 1101 | $0.73 | |
| | BAND-AID (10 COUNT) | 0602 | $0.86 | 1 | | ADULT BIRTHDAY CARD | 1103 | $0.73 | |
| | | | | | | FRIENDSHIP CARD | 1109 | $0.73 | |
| | BATH POWDER | 0202 | $1.91 | 1 | | THANK YOU CARD | 1120 | $0.73 | |
| | GOLD BOND POWDER | 0269 | $8.20 | 1 | | LOVE CARD | 0966 | $0.73 | |
| | ANTIFUNGAL POWDER | 0720 | $2.17 | 1 | | SYMPATHY CARD | 1102 | $0.73 | |
| | COTTON SWABS | 0772 | $2.19 | 1 | | GET WELL CARD | 1105 | $0.73 | |
| | BIC TWIN BLADE RAZOR | 0313 | $0.31 | 5 | | VALENTINES CARD | 1129 | $0.73 | |
| | PROTECTION SHAVE CREAM | 0331 | $2.00 | 1 | | EASTER CARD | 0984 | $0.73 | |
| | PROTECTION AFTER SHAVE | 0350 | $2.00 | 1 | | MOTHERS DAY CARD | 1140 | $0.73 | |
| | MAGIC SHAVE CREAM | 0320 | $4.33 | 1 | | FATHERS DAY CARD | 1139 | $0.73 | |
| | | | | | | HALLOWEEN CARD | 0987 | $0.73 | |
| | COCONUT LIME LOTION W/ ALOE | 0212 | $2.25 | 1 | | THANKSGIVING CARD | 0986 | $0.73 | |
| | COCOA AND SHEA LOTION | 0214 | $2.25 | 1 | | CHRISTMAS CARD | 3886 | $0.73 | |
| | COCOA BUTTER STICK | 0216 | $1.28 | 1 | | | | | |
| | SUAVE X-RELIEF LOTION | 0235 | $4.29 | 1 | | ADDRESS BOOK | 1056 | $0.67 | 1 |
| | HERITAGE LIKE LUBRIDERM 8OZ | 0236 | $2.18 | 1 | | POCKET DICTIONARY | 1086 | $2.84 | 1 |
| | | | | | | PHOTO ALBUM | 1125 | $2.21 | 1 |
| | SOFTEE AFRICAN CROWN | 0045 | $1.69 | 1 | | PLASTIC BOWL W/LID | 1400 | $0.85 | 1 |
| | VO5 SHAMPOO | 0010 | $1.81 | 1 | | MICROWAVEABLE BOWL 2.5 CUP | 4249 | $1.41 | 1 |
| | 3N1 SHAMPOO | 0361 | $2.88 | 1 | | LARGER MICROWAVEABLE BOWL 6.4 CUP | 1401 | $2.73 | 1 |
| | DANDRUFF SHAMPOO | 0362 | $3.37 | 1 | | COFFEE CUP | 1411 | $0.75 | 1 |
| | HAIR STYLING GEL | 0363 | $3.02 | 1 | | TUMBLER | 1413 | $0.50 | 1 |
| | | | | | | SPORK | 1423 | $0.27 | 1 |
| | COLGATE CLEAR GEL TOOTHPASTE | 0445 | $2.88 | TOTAL | | | | | |
| | COOLWAVE CLEAR TOOTHPASTE | 0530 | $2.02 | 1 | | WHITE SHOE LACES | 1709 | $1.08 | 1 |
| | SENSODYNE TOOTHPASTE | 0535 | $5.67 | | | KIWI BROWN SHOE POLISH | 8153 | $2.35 | 1 |
| | | | | | | SHOE INSOLES | 1706 | $2.19 | 1 |
| | DENTAL FLOSSERS | 0542 | $1.38 | 1 | | HANDKERCHIEF | 0755 | $0.58 | 5 |
| | PERCARA MOUTHWASH | 0500 | $2.40 | 1 | | WAVE CAP | 0837 | $3.35 | 1 |
| | FRESH N BRITE DENTURE TOOTHPASTE | 0528 | $3.75 | 1 | | FOAM EARPLUGS | 1256 | $0.55 | 1 |
| | EFFERGRIP DENTURE ADHESIVE | 0595 | $3.61 | 1 | | SCOTT TOILET TISSUE | 0771 | $1.19 | 2 |
| | DENTURE TABLETS | 0590 | $3.21 | 1 | | | | | |
| | DENTURE CUP | 0596 | $1.75 | 1 | | COMMISSARY BAG | 1468 | $4.41 | 1 |
| | | | | | | HERITAGE LAUNDRY DETERGENT | 1999 | $2.04 | 1 |
| | FRESHSCENT ROLL ON | 0121 | $1.09 | TOTAL | | PLASTIC HOOKS (4 PACK) | 1632 | $5.43 | 1 |
| | PW UP ROLL ON FORCE A/P DEODRANT | 0118 | $2.95 | 1 | | | | | |
| | POWERUP DRIVE DEODORANT (GREEN CAP) | 0107 | $2.19 | | | PLAYING CARDS | 1300 | $2.33 | TOTAL |
| | PW UP XTREME DEODORANT (BLUE CAP) | 0102 | $2.59 | | | PINOCHLE CARDS | 1305 | $2.33 | 2 |
| | | | | | | | | | |
| | DIAL ANTIBACTERIAL SOAP | 0398 | $1.10 | TOTAL | | SANDALWOOD | 1630 | $4.62 | TOTAL |
| | NEXT1 MOISTURIZING BAR | 0424 | $0.98 | 4 | | FRANKINSCENSE | 5565 | $4.62 | 1 |
| | NEXT1 SPORT BAR | 0426 | $0.95 | | | MYRRH | 5558 | $4.62 | |
| | NEXT1 COCOA BUTTER BAR | 0397 | $1.08 | | | CK | 0941 | $3.79 | |
| | DOVE SOAP | 0440 | $1.42 | | | POLO | 0960 | $3.79 | |
| | NEUTROGENA SOAP | 0444 | $3.72 | 1 | | ETERNITY | 0965 | $3.79 | |
| | NOXZEMA | 0241 | $2.39 | 1 | | | | | |
| | | | | | | AAA BATTERIES 4PK | 1200 | $3.02 | 2 |
| | TOOTHBRUSH HOLDER | 0580 | $0.44 | 1 | | AA BATTERIES 4PK | 1210 | $3.02 | 2 |
| | SOAP DISH | 0490 | $0.51 | 1 | | ENERGIZER WATCH BATTERY CR2025 | 7157 | $2.65 | 1 |
| | COMB | 0800 | $0.30 | 1 | | ENERGIZER WATCH BATTERY CR2016 | 1222 | $2.51 | 1 |
| | HAIRBRUSH | 0815 | $1.30 | 1 | | *ANY SPECIAL WATCH BATTERY PLEASE SEND REQUEST FORM* | | | |
| | ANTISHANK TOOTHBRUSH | 0554 | $0.45 | 1 | | | | | |
| | BENDABLE TOOTHBRUSH | 0206 | $1.56 | 1 | | PICTURE TICKETS | 9800 | $2.00 | 5 |