IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

BRUCE A. ESTES,

    Plaintiff,

v.                          CIVIL ACTION NO. 7:15-cv-00154

HAROLD CLARKE, et al.,

    Defendants.

## AFFIDAVIT

State of Virginia, County of Grayson, to-wit:

J. MORRISON, first being duly sworn, states as follows:

1. I am the Food Operations Manager at River North Correctional Center (RNCC).

2. The information in this affidavit is based on personal knowledge and records maintained in the regular and ordinary course of business.

3. I have been informed of this lawsuit filed by Offender Bruce Estes (#1185224) and his allegation that the Common Fare (CF) menu offered at RNCC is not Kosher. Estes complains that he is being forced to eat non-Kosher foods thereby hindering his ability to practice his faith.

4. RNCC offers the CF diet to offenders whose religious dietary needs cannot be met by the master menu. CF meals at RNCC are prepared in a designated room separate from the kitchen and are cooked in a designated cooking vessel. We also have a designated oven in our main kitchen which is used for CF meals only.

5. In April 2014, RNCC began offering a new CF menu under a pilot program. The new menu includes hot food items at most meals, with only a few cold meals each week. Prior to this, the majority of meals served on CF were cold, with only three hot meals offered each week. The new menu has been a success and it is my understanding that the Virginia Department of Corrections will be implementing this at all facilities authorized to serve CF. A sample copy of the CF menu being served at RNCC is attached as Enclosure A.



J. MORRISON

_____
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the State of Virginia, County of Grayson, this 29 day of June 2015.

_____
Notary Public

My commission expires: 3-31-18

Virginia Department of Corrections
COMMON FARE MENU APRIL 2015 - MARCH 2016

WEEK 1

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B** | FRUIT | 1 SERV | JUICE | 1 SERV | FRUIT | 4 OZ | JUICE | 1 SERV | FRUIT | 4 OZ | JUICE | 1 SERV | COOKED APPLES | 1/2 C |
| **R** | COOKED OATMEAL | 1 C | COOKED FARINA | 1 C | COOKED OATMEAL | 1 C | COOKED FARINA | 1 C | COOKED OATMEAL | 1 C | COOKED FARINA | 1 C | COOKED OATMEAL | 1 C |
| **E** | COOKED EGG | 2 EA | PEANUT BUTTER | 2 EA | PANCAKE | 1/4 C | FRIED EGG | 2 EA | FRENCH TOAST | 2 EA | COOKED EGG | 2 EA | SOY B-FAST PATTY | 1 EA |
| **A** | BREAD | 2 EA | TOAST | 2 EA | SYRUP | 2 OZ | TOAST | 2 OZ | SYRUP | 2 EA | BREAD | 2 OZ | TOAST | 2 EA |
| **A** | JELLY | 1 OZ | JELLY | 1 OZ | BRK POTATOES | 1 OZ | JELLY | 1/2 C | BRK POTATOES | 1 OZ | JELLY | 1/2 C | MARGARINE | 1 OZ |
| **F** | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | JELLY | 2 TSP |
| **A** | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ |
| **S** | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ |
| **T** | | | | | | | | | | | | | | |
| **L** | VEG PATTY | 1 EA | EGG SALAD | 1 EA | TUNA CAKE | 2/3 C | PEANUT BUTTER | 1 EA | BEANS | 1/3 C | HARD BOILED EGGS | 1 1/2 C | VEG PATTY | 3 EA |
| **U** | BOILED SWEET POT | 1 C | CUCUMBERS | 1 C | BEANS | 1 C | JELLY | 1 C | COOKED GREENS | 1 1/2 OZ | NOODLES | 1 C | BEANS | 1 C |
| **N** | COOKED CABBAGE | 1 C | CARROT | 1 C | COOKED SQUASH | 1 C | CELERY | 1 C | BAKED SWEET POT | 1 C | COOKED CABBAGE | 1 EA | STEWED TOMATOES | 1 C |
| **C** | BREAD | 2 EA | BREAD | 2 EA | BREAD | 2 EA | CARROTS | 2 EA | BREAD | 1 C | BREAD | 2 EA | BREAD | 2 EA |
| **H** | KETCHUP | 1 OZ | RICE PUDDING | 1 OZ | MARGARINE | 1/2 C | BREAD | 2 TSP | MARGARINE | 4 EA | MAYONNAISE | 1 OZ | KETCHUP | 1 OZ |
| | MARGARINE | 2 TSP | MUSTARD | 2 TSP | FRUIT | 1 OZ | MARGARINE | 1 SERV | FRUIT | 1 SERV | MARGARINE | 2 TSP | MARGARINE | 2 TSP |
| | FRUIT | 1 SERV | BEVERAGE | 1 SERV | BEVERAGE | 8 OZ | FRUIT | 8 OZ | BEVERAGE | 8 OZ | CAKE | 1 SERV | FRUIT | 1 SERV |
| | BEVERAGE | 8 OZ | | | | | BEVERAGE | | | | BEVERAGE | 8 OZ | BEVERAGE | 8 OZ |
| **D** | NOODLES | 1 C | SOY RICE MIX | 1 C | SOY SPAGHETTI SAUCE | 1 1/2 C | SOY RICE MIX | 1 C | VEG PATTY | 1 1/2 C | PEANUT BUTTER | 1 EA | BEANS | 1/3 C |
| **I** | TOMATO SAUCE | 1/2 C | COOKED EGG | 1/2 C | NOODLES | 1 EA | COOKED EGG | 1 C | RICE | 1 EA | JELLY | 1 C | NOODLES | 1 1/2 OZ |
| **N** | HARD BOILED EGGS | 3 EA | COOKED CABBAGE | 3 EA | COOKED GREENS | 1 C | COOKED CARROTS | 1 C | GRAVY | 1 C | CELERY | 1/4 C | COOKED GREENS | 1 C |
| **N** | COOKED GREENS | 1 C | BREAD | 1 C | BREAD | 2 EA | BREAD | 2 EA | COOKED CABBAGE | 2 EA | CARROTS | 1 C | BREAD | 1 C |
| **E** | BREAD | 2 EA | MARGARINE | 2 EA | MARGARINE | 2 TSP | MARGARINE | 2 TSP | BREAD | 2 EA | BREAD | 2 EA | MARGARINE | 4 EA |
| **R** | MARGARINE | 2 TSP | FRUIT | 2 TSP | CAKE | 1 SERV | FRUIT | 1 SERV | MARGARINE | 2 TSP | FRUIT | 2 TSP | FRUIT | 1 SERV |
| | FRUIT | 1 SERV | BEVERAGE | 1 SERV | BEVERAGE | 8 OZ | BEVERAGE | 8 OZ | BAKED APPLES | 1 SERV | BEVERAGE | 1/2 C | BEVERAGE | 8 OZ |
| | BEVERAGE | 8 OZ | | 8 OZ | | | | | BEVERAGE | 8 OZ | | 8 OZ | | |

FOOD SERVICE DIRECTORS MAY MAKE SUBSTITUTIONS WHEN NECESSARY IN
ACCORDANCE WITH FOOD SERVICE MANUAL GUIDELINES. PORTION SIZES ARE
AS WRITTEN ON THE MENU. FRESH PRODUCE WILL BE SUBSTITUTED SEASONALLY
LUNCH & DINNER MEAT ALTERNATE ENTRÉE: 1 1/2 CUPS BEANS OR VEG PATTY
SALT & PEPPER PROVIDED AT ALL MEALS
SWEETENER PROVIDED AT BREAKFAST

Signed copy on file
NATARCHA GREGG, MSA, RD

Enclosure A

Virginia Department of Corrections
# COMMON FARE MENU APRIL 2015 - MARCH 2016

## WEEK 2

### BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| JUICE/FRUIT | 4 OZ JUICE | 4 OZ COOKED APPLES | 1/2 C JUICE | 4 OZ FRUIT | 1 SERV JUICE | 4 OZ FRUIT | 1 SERV JUICE |
| | 1 C COOKED FARINA | 1 C COOKED OATMEAL | 1 C COOKED FARINA | 1 C COOKED OATMEAL | 1 C COOKED FARINA | 1 C COOKED OATMEAL | 1 C COOKED FARINA |
| | 2 EA COOKED EGG | 2 EA PEANUT BUTTER | 1/4 C FRENCH TOAST | 2 EA FRIED EGG | 2 EA PANCAKE | 2 EA COOKED EGGS | 2 EA BRK POTATOES |
| | 2 EA BREAD | 2 EA TOAST | 2 EA SYRUP | 2 OZ TOAST | 2 EA SYRUP | 2 OZ BREAD | 2 EA BREAD |
| | 1 OZ JELLY | 1 OZ JELLY | 1 OZ BRK POTATOES | 1/2 C JELLY | 1 OZ BRK POTATOES | 1/2 C JELLY | 1 OZ JELLY |
| | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE |
| | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE |
| | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK |

### LUNCH

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 1 SOY RICE MIX | 1 1/2C VEG PATTY | 1 EA BEANS | 1 1/2C VEG PATTY | 1 EA EGG SALAD | 2/3 C PEANUT BUTTER | 1/3C SOY RICE MIX |
| | 1 C COOKED EGG | 1 EA BOILED POTATOES | 1 C COOKED GREENS | 1 C RICE | 1 C CARROTS | 1 C JELLY | 1 1/2 OZ COOKED EGG |
| | 1 C COOKED GREENS | 1 C COOKED CARROTS | 1 C BAKED SWEET POT | 1 EA STEWED TOMATOES | 1 C CABBAGE | 1 C CELERY | 1 C COOKED CABBAGE |
| | 2 EA BREAD | 2 EA BREAD | 2 EA BREAD | 2 EA BREAD | 2 EA BREAD | 2 EA CUCUMBERS | 1 C BREAD |
| | 2 TSP MARGARINE | 2 TSP KETCHUP | 1 OZ MARGARINE | 2 TSP KETCHUP | 1 OZ FRUIT | 1 SERV BREAD | 4 EA MARGARINE |
| | 1 SERV FRUIT | 1 SERV MARGARINE | 2 TSP FRUIT | 1 SERV MARGARINE | 2 TSP MUSTARD | 1 OZ FRUIT | 1 SERV BAKED APPLES |
| | 8 OZ BEVERAGE | 8 OZ FRUIT | 1 SERV BEVERAGE | 8 OZ CAKE | 1 SERV BEVERAGE | 8 OZ BEVERAGE | 8 OZ BEVERAGE |
| | | BEVERAGE | | BEVERAGE | 8 OZ | | |

### DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 1 TUNA CAKE | 1 EA SOY SPAGHETTI SAUCE | 1 C PEANUT BUTTER | 1/3C TUNA CAKE | 1 EA VEG PATTY | 1 EA TUNA CAKE | 1 EA BEANS |
| | 1 C RICE | 1 C NOODLES | 1 C JELLY | 1 1/2 OZ BEANS | 1 C BEANS | 1 C BOILED POTATOES | 1 C COOKED GREENS |
| | 1/4 C GRAVY | 1/4 C COOKED CABBAGE | 1 C CELERY | 1 C COOKED GREENS | 1 C COOKED CABBAGE | 1 C STEWED TOMATOES | 1 C RICE |
| | 1 C COOKED SQUASH | 1 C BREAD | 2 EA CARROTS | 1 C BREAD | 2 EA BREAD | 2 EA BREAD | 2 EA BREAD |
| | 2 EA BREAD | 2 EA MARGARINE | 2 TSP BREAD | 4 EA MARGARINE | 1 OZ KETCHUP | 1 OZ MARGARINE | 2 TSP MARGARINE |
| | 1 SERV FRUIT | 1 SERV CAKE | 1 SERV FRUIT | 1 SERV FRUIT | 2 TSP MARGARINE | 2 TSP CAKE | 1 SERV FRUIT |
| | 2 TSP MARGARINE | 2 TSP BEVERAGE | 8 OZ BEVERAGE | 8 OZ BEVERAGE | 1 SERV MARGARINE | 1 SERV BEVERAGE | 8 OZ BEVERAGE |
| | 8 OZ BEVERAGE | 8 OZ | | | 8 OZ FRUIT | 8 OZ | |
| | | | | | BEVERAGE | | |

FOOD SERVICE DIRECTORS MAY MAKE SUBSTITUTIONS WHEN NECESSARY IN
ACCORDANCE WITH FOOD SERVICE MANUAL GUIDELINES. PORTION SIZES ARE
AS WRITTEN ON THE MENU. FRESH PRODUCE WILL BE SUBSTITUTED SEASONALLY.
LUNCH & DINNER ALTERNATE ENTRÉE: 1 1/2 CUPS OF BEANS OR VEG PATTY
SALT & PEPPER PROVIDED AT ALL MEALS
SWEETENER PROVIDED AT BREAKFAST

Signed copy on file
NATARCHA GREGG, MSA, RD

Virginia Department of Corrections
COMMON FARE MENU APRIL 2015 - MARCH 2016

WEEK 3

### Breakfast

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| FRUIT | 1 SERV JUICE | 1 SERV JUICE | 4 OZ FRUIT | 1 SERV JUICE | 4 OZ FRUIT | 1 SERV JUICE | 4 OZ COOKED APPLES 1/2 C |
| COOKED OATMEAL | 1 C COOKED OATMEAL | 1 C COOKED FARINA | 1 C COOKED OATMEAL | 1 C COOKED FARINA | 1 C COOKED OATMEAL | 1 C COOKED FARINA | 1 C COOKED OATMEAL 1 C |
| COOKED EGG | 2 EA COOKED EGG | 2 EA PEANUT BUTTER | 1/4 C PANCAKE | 2 EA FRIED EGG | 2 EA FRENCH TOAST | 2 EA COOKED EGG | 2 EA SOY B-FAST PATTY 1 EA |
| BRK POTATOES | 1/2 C BRK POTATOES | 1/2 C TOAST | 2 EA SYRUP | 2 OZ TOAST | 2 EA SYRUP | 2 OZ BREAD | 2 EA TOAST 2 EA |
| BREAD | 2 EA BREAD | 2 EA JELLY | 1 OZ BRK POTATOES | 1/2 C JELLY | 1 OZ BRK POTATOES | 1/2 C JELLY | 1 OZ MARGARINE 2 TSP |
| MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP MARGARINE | 2 TSP JELLY 1 OZ |
| JELLY | 1 OZ JELLY | 1 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE | 8 OZ COFFEE 8 OZ |
| COFFEE | 8 OZ COFFEE | 8 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK | 16 OZ MILK 16 OZ |
| MILK | 16 OZ | | | | | | |

### Lunch

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | VEG PATTY 1 EA | EGG SALAD 1 EA | TUNA CAKE 2/3 C | PEANUT BUTTER 1 EA | BEANS 1/3 C | HARD BOILED EGGS 1 1/2 C | VEG PATTY 3 EA |
| | BOILED SWEET POT 1 C | CUCUMBERS 1 C | BEANS 1 C | JELLY 1 C | COOKED GREENS 1 1/2 OZ | NOODLES 1 C | BEANS 1 C |
| | COOKED SQUASH 1 C | CARROT 1 C | COOKED SQUASH 1 C | CELERY 1 C | BAKED SWEET POT 1 C | COOKED CABBAGE 1 EA | STEWED TOMATOES 1 C |
| | BREAD 2 EA | BREAD 2 EA | BREAD 2 EA | CARROTS 2 EA | BREAD 1 C | BREAD 2 EA | BREAD 2 EA |
| | KETCHUP 1 OZ | MUSTARD 1 OZ | MAYONNAISE 1 OZ | BREAD 1 OZ | MARGARINE 4 EA | MAYONNAISE 2 TSP | KETCHUP 1 OZ |
| | MARGARINE 2 TSP | FRUIT 2 TSP | MARGARINE 1 SERV | FRUIT 2 TSP | FRUIT 1 SERV | MARGARINE 1 SERV | MARGARINE 2 TSP |
| | FRUIT 1 SERV | BEVERAGE 1 SERV | BAKED APPLES 8 OZ | BEVERAGE 1/2 C | BEVERAGE 8 OZ | RICE PUDDING 8 OZ | FRUIT 1/2 C |
| | BEVERAGE 8 OZ | | BEVERAGE 8 OZ | | | BEVERAGE | BEVERAGE 8 OZ |

### Dinner

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | TUNA CAKE 1 EA | SOY RICE MIX 1 EA | SOY SPAGHETTI SAUCE 1 1/2 C | SOY RICE MIX 1 C | VEG PATTY 1 1/2 C | PEANUT BUTTER 1 EA | BEANS 1/3 C |
| | NOODLES 1 C | COOKED EGG 1 C | NOODLES 1 EA | COOKED EGG 1 C | BEANS 1 EA | JELLY 1 C | RICE 1 1/2 OZ |
| | STEWED TOMATOES 1 C | COOKED CABBAGE 1 C | COOKED GREENS 1 C | COOKED CARROTS 1 C | COOKED CABBAGE 1 C | CELERY 1 C | CABBAGE 1 C |
| | BREAD 2 EA | BREAD 2 EA | BREAD 2 EA | BREAD 2 EA | BREAD 2 EA | CARROTS 2 EA | BREAD 2 EA |
| | MARGARINE 2 TSP | MARGARINE 2 TSP | FRUIT 2 TSP | MARGARINE 1 SERV | KETCHUP 2 TSP | BREAD 1 OZ | MARGARINE 4 EA |
| | FRUIT 1 SERV | CAKE 1 SERV | MARGARINE 1 SERV | FRUIT 2 TSP | CAKE 1 SERV | FRUIT 1 SERV | FRUIT 1 SERV |
| | BEVERAGE 8 OZ | BEVERAGE 8 OZ | BEVERAGE 8 OZ | BEVERAGE 8 OZ | BEVERAGE 8 OZ | BEVERAGE 8 OZ | BEVERAGE 8 OZ |

FOOD SERVICE DIRECTORS MAY MAKE SUBSTITUTIONS WHEN NECESSARY IN ACCORDANCE WITH FOOD SERVICE MANUAL GUIDELINES. PORTION SIZES ARE AS WRITTEN ON THE MENU. FRESH PRODUCE WILL BE SUBSTITUTED SEASONALLY.

LUNCH & DINNER ALTERNATE ENTRÉE: 1 1/2 CUPS OF BEANS OR VEG PATTY

SALT & PEPPER PROVIDED AT ALL MEALS

SWEETENER PROVIDED AT BREAKFAST

Signed copy on file
NATARCHA GREGG, MSA, RD

Virginia Department of Corrections
# COMMON FARE MENU APRIL 2015 - MARCH 2016

## WEEK 4

### BREAKFAST

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JUICE | 4 OZ | COOKED APPLES | 4 OZ | JUICE | 1/2 C | FRUIT | 4 OZ | JUICE | 1 SERV | FRUIT | 4 OZ | JUICE | 1 SERV |
| | COOKED FARINA | 1 C | COOKED OATMEAL | 1 C | COOKED FARINA | 1 C | COOKED OATMEAL | 1 C | COOKED FARINA | 1 C | COOKED OATMEAL | 1 C | COOKED FARINA | 1 C |
| | COOKED EGG | 2 EA | PEANUT BUTTER | 2 EA | FRENCH TOAST | 2 OZ | FRIED EGG | 2 EA | PANCAKE | 2 EA | COOKED EGGS | 2 EA | BRK POTATOES | 1/2 C |
| | BRK POTATOES | 1/2 C | TOAST | 2 EA | SYRUP | 2 OZ | TOAST | 2 OZ | SYRUP | 2 OZ | BREAD | 2 OZ | BREAD | 2 EA |
| | BREAD | 2 EA | JELLY | 1 OZ | BRK POTATOES | 1 OZ | JELLY | 1/2 C | BRK POTATOES | 1 OZ | JELLY | 1/2 C | JELLY | 1 OZ |
| | JELLY | 1 OZ | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP | MARGARINE | 2 TSP |
| | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ | COFFEE | 8 OZ |
| | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ | MILK | 16 OZ |

### LUNCH

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SOY RICE MIX | 1 1/2 C | VEG PATTY | 1 1/2 C | BEANS | 1 EA | VEG PATTY | 1 1/2 C | EGG SALAD | 1 EA | PEANUT BUTTER | 2/3 C | SOY RICE MIX | 1/3 C |
| | COOKED EGG | 1 EA | NOODLES | 1 EA | COOKED GREENS | 1 C | RICE | 1 C | CARROTS | 1 C | JELLY | 1 C | COOKED EGG | 1 1/2 OZ |
| | COOKED GREENS | 1 C | COOKED CARROTS | 1 C | NOODLES | 1 C | STEWED TOMATOES | 1 C | CABBAGE | 1 C | CELERY | 1 C | COOKED CABBAGE | 1 C |
| | BREAD | 2 EA | BREAD | 2 EA | BREAD | 2 EA | BREAD | 2 EA | BREAD | 2 EA | CUCUMBERS | 2 EA | BREAD | 2 EA |
| | MARGARINE | 1 OZ | KETCHUP | 2 TSP | MARGARINE | 1 OZ | GRAVY | 2 TSP | MUSTARD | 1/4 C | BREAD | 1 OZ | MARGARINE | 4 EA |
| | FRUIT | 1 SERV | MARGARINE | 1 SERV | FRUIT | 2 TSP | MARGARINE | 1 SERV | FRUIT | 2 TSP | FRUIT | 1 SERV | CAKE | 1 SERV |
| | BEVERAGE | 8 OZ | CAKE | 8 OZ | BEVERAGE | 1 SERV | FRUIT | 8 OZ | BEVERAGE | 1 SERV | BEVERAGE | 8 OZ | BEVERAGE | 8 OZ |
| | | | BEVERAGE | | | | BEVERAGE | | | 8 OZ | | | | |

### DINNER

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TUNA CAKE | 1 1/2 C | NOODLES | 1 EA | PEANUT BUTTER | 1 C | TUNA CAKE | 1/3 C | SOY SPAGHETTI/SAUCE | 1 EA | TUNA CAKE | 1 C | BEANS | 1 EA |
| | NOODLES | 1 C | TOMATO SAUCE | 1 C | JELLY | 1/2 C | BEANS | 1 1/2 OZ | NOODLES | 1 C | BOILED POTATOES | 1 C | COOKED SQUASH | 1 C |
| | COOKED SQUASH | 1 C | HARD BOILED EGG | 1 C | CELERY | 3 EA | COOKED GREENS | 1 C | COOKED CABBAGE | 1 C | STEWED TOMATOES | 1 C | RICE | 1 C |
| | BREAD | 2 EA | COOKED CABBAGE | 2 EA | CARROTS | 1 C | BREAD | 1 C | BREAD | 2 EA | BREAD | 2 EA | MARGARINE | 2 EA |
| | FRUIT | 1 SERV | BREAD | 2 EA | BREAD | 2 EA | MAYONNAISE | 4 EA | FRUIT | 1 OZ | MARGARINE | 1 SERV | FRUIT | 2 TSP |
| | MAYONNAISE | 1 OZ | MARGARINE | 2 TSP | FRUIT | 2 TSP | BAKED APPLES | 1 SERV | BEVERAGE | 1/2 C | CAKE | 8 OZ | BEVERAGE | 1 SERV |
| | MARGARINE | 2 TSP | FRUIT | 1 SERV | BEVERAGE | 1 SERV | BEVERAGE | 8 OZ | | 8 OZ | BEVERAGE | | | 8 OZ |
| | BEVERAGE | 8 OZ | BEVERAGE | 8 OZ | | 8 OZ | | | | | | | | |

FOOD SERVICE DIRECTORS MAY MAKE SUBSTITUTIONS WHEN NECESSARY IN
ACCORDANCE WITH FOOD SERVICE MANUAL GUIDELINES. PORTION SIZES ARE
AS WRITTEN ON THE MENU. FRESH PRODUCE WILL BE SUBSTITUTED SEASONALLY.
LUNCH & DINNER ALTERNATE ENTRÉE: 1 1/2 CUPS OF BEANS OR VEG PATTY
SALT & PEPPER PROVIDED AT ALL MEALS
SWEETENER PROVIDED AT BREAKFAST

Signed copy on file
NATARCHA GREGG, MSA, RD